IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JUNE TRAVIS**                                                                                       PLAINTIFF

v.                               No. 4:12-cv-113-DPM

**STEWART TITLE GUARANTY
COMPANY**, a Texas Insurance
Corporation Domesticated Within
The State of Arkansas                                                                              DEFENDANT

## ORDER

The Court is unsure of its jurisdiction given the complaint's allegation about Stewart Title's principal place of business. 28 U.S.C. § 1332, *amended by* Federal Courts Jurisdiction and Venue Clarification Act of 2011, Pub. L. No. 112-63, § 102, 125 Stat. 758, 758–59; *see also Hertz Corp. v. Friend*, 130 S. Ct. 1181 (2010). The Court requests simultaneous briefs (no more than five pages) by 18 April 2012. The Court suspends Travis's deadline to respond to the pending motion for summary judgment, *Document No. 5*, and stays all further action on that motion until it has resolved the jurisdictional issue.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

11 April 2012