# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JUNE TRAVIS                                                PLAINTIFF

v.                      No. 4:12-cv-113-DPM

STEWART TITLE GUARANTY
COMPANY, a Texas Insurance
Corporation Domesticated Within
The State of Arkansas                               DEFENDANT

## ORDER

The Court appreciates the parties' briefs on jurisdiction. Stewart's annual statement makes it clear that its "nerve center" is in Texas. That is where its books and records are primarily kept; and that is where its main administrative offices are located. The Court is therefore satisfied that it has jurisdiction to hear this case.

Travis argues that Stewart "is a Texas insurance company, domesticated within the state of Arkansas under the name Stewart Title of Arkansas, LLC[.]" *Document No. 15, at 2.* Travis has sued Stewart Title Guaranty Company, not Stewart Title of Arkansas LLC. And it does not appear, as Travis seems to suggest, that they are one in the same: a search of the Secretary of State's records indicates that these are separate entities.

On this record, the Court concludes that it has jurisdiction and that this case may move forward. 28 U.S.C. § 1332. Travis should therefore file her response to Stewart's motion for summary judgment, *Document No. 5*, by 7 May 2012.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

30 April 2012