IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JUNE TRAVIS                                                              PLAINTIFF

v.                                   No. 4:12-cv-113-DPM

STEWART TITLE GUARANTY
COMPANY, a Texas Insurance
Corporation Domesticated Within
The State of Arkansas                                                    DEFENDANT

ORDER

The Court congratulates the parties on their settlement and thanks counsel for their work. Joint motion, № 39, granted.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

22 October 2013