## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JUNE TRAVIS                                                                      PLAINTIFF

v.                                            No. 4:12-cv-113-DPM

STEWART TITLE GUARANTY
COMPANY, a Texas Insurance
Corporation Domesticated Within
The State of Arkansas                                                        DEFENDANT

### ORDER

The Court congratulates the parties on their settlement and thanks

counsel for their work.  Joint motion, № 39, granted.

So Ordered.

D.P. Marshall Jr.
United States District Judge

22 October 2013