IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JUNE TRAVIS**                                                    **PLAINTIFF**

v.                      No. 4:12-cv-113-DPM

**STEWART TITLE GUARANTY
COMPANY, a Texas Insurance
Corporation Domesticated Within
The State of Arkansas**                               **DEFENDANT**

## JUDGMENT

Travis's complaint and Stewart Title Guaranty Company's counterclaim are dismissed with prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 October 2013